UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LITTLE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:13-cv-00447 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Andrew Little ("Plaintiff") seeks judicial review of an administrative decision denying his claim for Social Security benefits. (Doc. 1). Plaintiff filed a motion to proceed *in forma pauperis* with his complaint on March 27, 2013. (Doc. 2).

The Court may authorize the commencement of an action without prepayment of fees on behalf of "a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff is not employed, and has little cash. (Doc. 2 at 1-2). Plaintiff notes he does not have any real estate, stocks, bonds, securities, other financial instruments, an automobile or other things of value. *Id.* Thus, the Court is unable to determine how Plaintiff is supporting, or if he is dependent upon another individual who would be able to pay the filing fee.

1  Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application
2  that includes information on how Plaintiff is supporting himself, or his dependence on another.  Upon
3  receiving of this information, the Court will resume consideration of Plaintiff's motion to proceed *in*
4  *forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his
5  application to proceed *in forma pauperis*.

7  IT IS SO ORDERED.

8  Dated:   **April 1, 2013**                               /s/ Jennifer L. Thurston
9                                                            UNITED STATES MAGISTRATE JUDGE