**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW LITTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:13-cv-00447 - JLT<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED |

      Andrew Little ("Plaintiff") initiated this action by filing a complaint and motion to proceed *in forma pauperis* on March 27, 2013. (Docs. 1-2). Plaintiff filed his First Amended Complaint on May 23, 2013 (Doc. 7), which was dismissed by the Court with leave to amend on May 29, 2013 (Doc. 8). The Court ordered Plaintiff to file a Second Amended Complaint within twenty-one days of the date of service. *Id.* at 5. Accordingly, Plaintiff's Second Amended Complaint was to be filed no later than June 19, 2013. To date, Plaintiff has failed to respond to the Court's order.

      The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

an action or failure to obey a court order, or failure to comply with local rules.  *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within fourteen days of the date of service of this Order why the action should not be dismissed for failure to comply with the Court's order, or in the alternative, to file a Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **June 25, 2013**                              **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE