UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LITTLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-00447 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS  DISMISSING THE ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDERS |

　　　　Plaintiff initiated this action for review of a decision by the Social Security Administration on March 27, 2013.  (Doc. 1).  On July 15, 2013, the Magistrate Judge recommended the action be dismissed for Plaintiff's failure to prosecute the action and failure to comply with the Court's orders. (Doc.10); *see* Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint).  The Magistrate Judge observed Plaintiff failed to file a Second Amended Complaint, even after receiving warnings that failure to do so may result in the dismissal of the action.  (Doc. 10 at 3; *see also* Doc. 8 at 4 and Doc. 9 at 1-2).

　　　　Although Plaintiff was granted fourteen days to object to the Findings and Recommendations, or until July 29, 2013, he did not do so.  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's complaint is **DISMISSED** without prejudice; and
2. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
SENIOR DISTRICT JUDGE